Kathleen E. Moseley, Appellee, v. Alexander Moseley, Appellee. J. Kent Green, Appellant.

Gen. No. 40,526.

opinion filed October 3, 1939. J. Kent Greene, *pro se;* Clarence W. Shaver, Newell McCartney and James B. Hood, for appellees; Louis E. Levinson, of counsel. Opinion by PRESIDING JUSTICE MATCHETT. ''Not to be published in full.''